**Electronically Filed
Supreme Court
SCPW-22-0000484
19-SEP-2022
12:11 PM
Dkt. 16 ODDP**

SCPW-22-0000484

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF DE WITT LAMAR LONG,
Petitioner.

_____

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ.,
and Circuit Judge Cataldo, in place of Wilson, J., recused)

Upon consideration of the September 10, 2022 submission by the Office of Disciplinary Counsel (ODC) and the September 12, 2022 submission by the Lawyers' Fund for Client Protection (the Fund), filed under seal pursuant to Rules 2.22(a) and 10.8(a) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), respectively, the August 3, 2022 letter from the Petitioner, and the record in this matter, we find no abuse of discretion in the deliberations of either ODC or the Fund (see In re Disciplinary Board of Hawaiʻi Supreme Court, 91 Hawaiʻi 363, 370, 984 P.2d 688, 695 (1999)), find the record

demonstrates adequate communication was provided to Long, and note that the Fund recognizes its duty, pursuant to RSCH Rule 10.5(e), to provide an applicant with written notice of the trustees' determination of a claim.  Therefore,

IT IS ORDERED that the petition is denied.

DATED:  Honolulu, Hawai'i, September 19, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa W. Cataldo